**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| RODMEN R. FOSTER, BV-3203, | : No. 117 EM 2014 |
| Petitioner | : |
| v. | : |
| ATTORNEY GENERAL FOR THE STATE OF PENNSYLVANIA, ET. AL., | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2014, the Application for Leave to File Original Process is **GRANTED** and the Petition for Writ of Habeas Corpus is **DENIED**.